JOHN W. WATT v. FIRST NATIONAL BANK OF LAKE BENTON.

April 24, 1900.

Nos. 11,815—(25).

National Bank—Usury—Penalty.

Appeal from a judgment for $362 in favor of plaintiff, entered in the district court for Lincoln county. Affirmed.

*John McKenzie* and *Davis, Kellogg & Severance,* for appellant.

*F. L. Janes,* for respondent.

PER CURIAM.

This case was once before this court on appeal by this appellant from an order refusing a new trial. Watt v. First National Bank, ˙76 Minn. 458, 79 N. W. 509. The identical questions presented on this appeal from the judgment thereafter entered were presented to and argued before this court on the former appeal, were decided adversely to appellant herein, and are therefore res adjudicata. As there is a federal question involved, we presume the purpose is to obtain a final judgment in this court.

Judgment affirmed.